1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   CANDACE SMITH,                          Case No.  1:21-cv-01614-DAD-BAM

12              Plaintiff,                    **ORDER GRANTING PLAINTIFF'S**
                                              **APPLICATION TO PROCEED WITHOUT**
13        v.                                  **PREPAYMENT OF FEES OR COSTS**

14   LINDA SCOTT; AGAPE SCHOOL, INC.,         (Doc. 3)

15              Defendants.

16

17        Plaintiff Candace Smith ("Plaintiff"), proceeding pro se, filed this action on November 4,

18   2021. (Doc. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to

19   proceed in forma pauperis  to 28 U.S.C. § 1915. (Doc. 3.)  Plaintiff has made the showing

20   required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be

21   granted.  28 U.S.C. § 1915(a).

22        Plaintiff is advised that the Court is required to screen complaints of pro se litigants

23   proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2).

24   The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

25   malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief

26   against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).  As a result, no

27   summons will issue at this time.  The Court will direct the United States Marshal to serve

28   Plaintiff's complaint only after the Court has screened the complaint and determined that it

                                              1

1   contains cognizable claims for relief against the named defendants.  The Court will screen

2   Plaintiff's complaint in due course.

3

4   IT IS SO ORDERED.

5     Dated:   **December 7, 2021**        /s/ *Barbara A. McAuliffe*   _

6                                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28